UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jason Hanks, | Case No. 18-cv-0686 (WMW/KMM) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| State of Minnesota et al., | |
| Defendants. | |

This matter is before the Court on the August 3, 2018 Report and Recommendation (R&R) of United States Magistrate Judge Katherine M. Menendez. (Dkt. 20.) No objections to the R&R have been filed. In the absence of timely objections, this Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error with respect to the magistrate judge's recommendations.

Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The August 3, 2018 R&R, (Dkt. 20), is **ADOPTED**.

2. Plaintiff's complaint, (Dkt. 1), is **DISMISSED WITHOUT PREJUDICE**.

3. Plaintiff's motion for transfer, (Dkt. 3), is **DENIED**.

4. Plaintiff's motion to seal records, (Dkt. 10), is **DENIED**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: September 21, 2018

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge